Anthony P. La Rocco
George P. Barbatsuly
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, New Jersey 07102
(973) 848-4000
Attorneys for Plaintiffs
Clover Health Investments Corp., and
Clover Health LLC

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 DEC -4 P 1: 54

| | |
|---|---|
| CLOVER HEALTH INVESTMENTS CORP., AND CLOVER HEALTH LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZOE FARRELL,<br><br>    Defendant. | Civil Action No.<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>**Filed Under Seal** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Clover Health Investment Corp. is a privately held corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Plaintiff Clover Health LLC is a limited liability company whose sole member is Clover Health Corp. Clover Health Corp., in turn, is wholly owned by plaintiff Clover Health Investments Corp. No publicly held corporation owns 10% or more of Clover Health Corp.'s stock.

Respectfully submitted,

**K&L GATES LLP**

One Newark Center, Tenth Floor
Newark, New Jersey 07102

By: /s/ Anthony P. La Rocco
      Anthony P. La Rocco

Attorneys for Plaintiff
Clover Health Investments Corp., and
Clover Health LLC

Dated: December 4, 2018