UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ x
CLOVER HEALTH INVESTMENTS CORP., :
AND CLOVER HEALTH LLC, :
                                          :      Civil Action No. 18-cv-16802
           Plaintiffs, :
                                          :
               v.                     :      **NOTICE OF APPEARANCE**
                                          :
ZOE FARRELL, :
                                          :
           Defendant. :
------------------------------------------------------------ x

         Please enter the appearance of Tanvir H. Rahman Esq., of Wigdor LLP, as counsel of Record for Defendant in the above-captioned matter.

Dated: December 4, 2018
        New York, New York                 Respectfully submitted,

                                                    **WIGDOR LLP**

                                            By: _____
                                                       Tanvir H. Rahman

                                           85 Fifth Avenue
                                           New York, NY 10003
                                           Telephone: (212) 257-6800
                                           Facsimile: (212) 257-6845
                                           trahman@wigdorlaw.com

                                           *Counsel for Defendant*