## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLOVER HEALTH INVESTMENTS CORP., AND CLOVER HEALTH LLC, | Hon. Kevin McNulty, U.S.D.J. |
| | Hon. Steven C. Mannion, U.S.M.J. |
| Plaintiffs, | Civil Action No. 18-16802 |
| v. | |
| ZOE FARRELL, | |
| Defendant. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Clover Health Investments Corp., and Clover Health LLC hereby dismiss the above-captioned action with prejudice. Each party will bear its own attorneys' fees and costs.

Respectfully submitted,

**K&L GATES LLP**

One Newark Center, Tenth Floor
Newark, New Jersey 07102

By: /s/ Anthony P. La Rocco
      Anthony P. La Rocco

Attorneys for Plaintiffs
Clover Health Investments Corp., and
Clover Health LLC

Dated: February 25, 2019