UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLOVER HEALTH INVESTMENTS CORP., AND CLOVER HEALTH LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ZOE FARRELL, <br><br> Defendant. | Hon. Kevin McNulty, U.S.D.J. <br> Hon. Steven C. Mannion, U.S.M.J. <br><br> Civil Action No. 18-16802 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Clover Health Investments Corp., and Clover Health LLC hereby dismiss the above-captioned action with prejudice. Each party will bear its own attorneys' fees and costs.

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 2/26/19

Respectfully submitted,

**K&L GATES LLP**

One Newark Center, Tenth Floor
Newark, New Jersey 07102

By: /s/ Anthony P. La Rocco
       Anthony P. La Rocco

Attorneys for Plaintiffs
Clover Health Investments Corp., and
Clover Health LLC

Dated: February 25, 2019